IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES PATRICK VERDREAM,

    Applicant,

v.                                                  No. 15-cv-0469 KG/SMV

FNU MILLER,

    Respondent.

## ORDER TO CURE DEFICIENCY

Applicant has submitted an application for writ of habeas corpus. [Doc. 1]. The Court determines that Applicant's filing is deficient; specifically, Applicant has not paid the $5.00 filing fee or filed an Application to Proceed in District Court without Prepaying Fees or Costs. Applicant must include the civil action number (15-cv-0469 KG/SMV) of this case on all papers that he files in this proceeding. Failure to timely cure the designated deficiencies may result in dismissal of this proceeding without further notice.

**IT IS THEREFORE ORDERED** that Applicant cure the deficiencies designated above within 30 days from entry of this order; and the Clerk is directed to mail to Applicant, together with a copy of this order, an Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**