IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES PATRICK VERDREAM,

    Petitioner,

v.                                                      No. 15-cv-0469 KG/SMV

FNU MILLER,

    Respondent.

## SECOND ORDER TO CURE DEFICIENCY

Petitioner James Patrick Verdream has submitted an application for writ of habeas corpus. [Doc. 1].  On June 18, 2015, Petitioner filed an Application to Proceed in District Court Without Prepaying Fees or Costs.  [Doc. 3].  The Court determines that Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 3] is missing the required **certified copy of Petitioner's inmate account statement for the 6-month period immediately preceding this filing.**  *See* 28 U.S.C. § 1915(a)(2).  Failure to cure the designated deficiency within **30 days** from entry of this Order may result in dismissal of this action without further notice.  Petitioner must include the civil action number (15-cv-0469 KG/SMV) of this case on all papers that he files in this proceeding.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiency designated above by **July 24, 2015,** which is **30 days** from the entry of this Order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**