IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES PATRICK VERDREAM,

      Petitioner,

  v.                                            No. 15-cv-0469 KG/SMV

FNU MILLER,

      Respondent.

## THIRD ORDER TO CURE DEFICIENCY

Petitioner James Patrick Verdream has submitted an application for writ of habeas corpus. [Doc. 1]. On June 18, 2015, Petitioner filed an Application to Proceed in District Court Without Prepaying Fees or Costs. [Doc. 3]. The Court determined that Petitioner's Application [Doc. 3] was missing the required **certified copy of Petitioner's inmate account statement for the 6-month period immediately preceding this filing**, *see* 28 U.S.C. § 1915(a)(2), and ordered Petitioner to cure the deficiency by filing the required inmate account statement by July 24, 2015. Second Order to Cure Deficiency [Doc. 5]. Petitioner has not yet cured the deficiency or filed any response to the Court's Second Order to Cure Deficiency. The Court will allow Petitioner another **30 days** to cure this deficiency. Failure to cure the designated deficiency within **30 days** from entry of this Order may result in dismissal of this action without further notice. Petitioner must include the civil action number (15-cv-0469 KG/SMV) of this case on all papers that he files in this proceeding.

Further, it has come to the Court's attention that Petitioner may have been transferred from the Torrance County Detention Center to a new location.[1]  The Court reminds Petitioner that he is obligated to notify the Court in writing of any change of his address, pursuant to D.N.M.LR-Civ 83.6.

**IT IS THEREFORE ORDERED** that Petitioner cure the deficiency designated above by **September 2, 2015,** which is **30 days** from the entry of this Order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail a copy of this Order to the Petitioner at FCI Phoenix, Federal Correctional Institution, 37910 N. 45th Ave, Phoenix, Arizona 85086.

**IT IS SO ORDERED.**

        _____
        **STEPHAN M. VIDMAR**
        **United States Magistrate Judge**

---

[1] The Bureau of Prison's inmate locator service, http://www.bop.ogv/inmateloc/ (last visited July 30, 2015), indicates that Petitioner is currently incarcerated at FCI Phoenix, in Phoenix, Arizona.  Therefore, the Court will direct the Clerk to mail a copy of this Order to Petitioner at FCI Phoenix, Federal Correctional Institution, 37910 N. 45th Ave, Phoenix, AZ 85086.