IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES PATRICK VERDREAM,

    Petitioner,

    v.                                             No. CIV 15-00469-KG-SMV

FNU MILLER, *Warden*,

    Defendant.

## **FINAL JUDGMENT**

    **THIS MATTER** comes before the Court on the Order of Dismissal Without Prejudice, filed contemporaneously herewith.  In the Order of Dismissal Without Prejudice, the Court dismissed Petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus [Doc. 1]. There being no more claims before the Court, the Court hereby enters final judgment in accordance with Fed. R. Civ. P. 58.

    **IT IS ORDERED** that this civil proceeding is dismissed without prejudice and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE